

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F. # 2012R01534

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2015

By E-mail

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Winnethka Valentin, Courtroom Deputy

>  Re:   United States v. John Doe
>         Criminal Docket No. 15-592

Dear Judge Mauskopf:

      The government submits this letter in connection with the above-captioned matter, which is a new criminal case assigned to the Court. The government has conducted a review of its records and determined that no aspect of the investigation giving rise to the matter was pending or initiated during the Court's tenure as the United States Attorney between September 3, 2002 and October 19, 2007. As a result of the inquiry, the government has not identified any potential recusal issue relating to this matter.

>  Respectfully submitted,
>
>  ROBERT L. CAPERS
>  United States Attorney
>
>  By:    /s/
>  Elizabeth Geddes
>  Assistant U.S. Attorney
>  (718) 254-6430